# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SWATCH S.A. a/k/a SWATCH A.G.; and THE SWATCH GROUP (U.S.) Inc., <br><br> Plaintiffs, <br><br> v. <br><br> NEW CITY, INC. <br><br> Defendant. | Judge HUCK/Simonton <br> Civ. Action No. 06-cv-20162 |

## NOTICE OF SETTLEMENT

Now come the Parties, by and through their undersigned counsel, and hereby provide this Notice of Settlement of the above captioned action. Trial in this matter is currently scheduled to begin on Monday September 18, 2006. On September 13, 2006 the parties signed an Agreement of Material Terms. The parties request that the Court enter an Order granting the parties a period of thirty (30) days to incorporate the material terms into a formal settlement agreement and file the documents with the Court for appropriate disposition of this action pursuant to the terms of the settlement as well as any other documents, which may be necessary. This period of time will also permit all counsel and parties, domestic and foreign, to arrange for formal review and execution of necessary documents.

/

/

/

/



Respectfully submitted,

By: /s/ John Cyril Malloy, III    9/14/06
John Cyril Malloy, III
Florida Bar No. 964,220
Andrew W. Ransom
Florida Bar No. 964,344
MALLOY & MALLOY, P.A.
2800 S.W. Third Avenue
Miami, Florida 33129
Telephone: (305) 858-8000
Facsimile: (305) 858-0008
E-Mail: aransom@malloylaw.com

and

Jess M. Collen (JC-2875)
Matthew Wagner (MW-9432)
Jacqueline M. James (JJ-1845)
COLLEN IP
The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, New York 10562
Telephone (914) 941-5668
Facsimile (914) 941-6091

COUNSEL FOR PLAINTIFF

By: /s/ Robert Zarco    9/14/06
Robert Zarco
Florida Bar No. 502,138
Alejandro Brito
Florida Bar No. 0098442
ZARCO EINHORN
SALKOWSKI & BRITO, P.A.
100 S.E. 2nd Street
Suite 2700
Miami, Florida 33131
Telephone (305) 374-5418
Facsimile (305) 374-5428

COUNSEL FOR DEFENDANT